IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEATHER ERWIN and ASHLEY PRICE, individually and on behalf of all other similarly-situated current Illinois citizens,<br><br>Plaintiffs,<br><br>v.<br><br>JIMMY JOHN'S LLC and JIMMY JOHN'S FRANCHISE, LLC,<br><br>Defendants. | Case No. 20-CV-01268-SPM |

## JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal dated October 7, 2021 (Doc. 26), Plaintiffs' claims against Defendants are **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED:   October 8, 2021

                                                      MARGARET M. ROBERTIE,
                                                      Clerk of Court

                                                      By:  s/ *Jackie Muckensturm*
                                                            Deputy Clerk

APPROVED:  s/ *Stephen P. McGlynn*
                     STEPHEN P. MCGLYNN
                     U.S. District Judge